**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-mj-85 (ZMF)** |
| **v.** | : | **VIOLATIONS:** |
| **MARVIN BOWDEN,** | : | **21 U.S.C. § 841(a)(1), (b)(1)(B)(iii), & (b)(1)(C)** |
| **Defendant.** | : | **Possession with Intent to Distribute 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base and a Mixture and Substance Containing a Detectable Amount of Fentanyl and Cocaine** |
| | : | **21 U.S.C. § 841(a)(1) and (b)(1)(C)** **Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine and Heroin** |
| | : | **FORFEITURE:** **21 U.S.C. §§ 853(a), (p)** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about May 8, 2026, within the District of Columbia, **MARVIN BOWDEN**, did unlawfully, knowingly, and intentionally possess with the intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, § 841(a)(1), (b)(1)(B)(iii), and (b)(1)(C).

(**Possession with Intent to Distribute 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Mixture and Substance Containing a Detectable Amount of Cocaine,** in violation of Title 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii), and (b)(1)(C)).

**COUNT TWO**

On or about October 11, 2024, within the District of Columbia, **MARVIN BOWDEN**, did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

(**Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine and a Mixture and Substance Containing a Detectable Amount of Heroin,** in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C)).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Counts One and Two, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, §§ 853(a)(1) and (a)(2), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses.

**MONEY JUDGMENT**

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offense, and any property traceable to such property, pursuant to Title 21, United States Code §§ 853(a)(1) and (a)(2).

**SUBSTITUTE ASSETS**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section s 853(a) and (p))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Syeda Sarah Akhtar*
Syeda Sarah Akhtar
Assistant United States Attorney
Maryland Bar
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
(O) (202) 252-7504
sarah.akhtar@usdoj.gov